O R i g i N A L

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 2 0 2012

D. MARK JONES, CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| CLEANCUT LLC,<br><br>Plaintiff,<br><br>v.<br><br>RUG DOCTOR, INC. and NATURE'S FINEST, LLC,<br><br>Defendants. | **VERDICT**<br><br>Case No. 2:08-CV-836 TC<br><br>JUDGE TENA CAMPBELL |

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

## QUESTIONS AND ANSWERS

Based on the evidence at trial and in accordance with the instructions given by the court, We, the Jury, <u>unanimously</u> agree to the answers to the following questions:

1. Has Plaintiff proved by a preponderance of the evidence that the Defendants infringed one or more claims of the '851 Patent?

Answer Yes or No      Yes

If your answer was "No," do not answer question 2 but proceed to question 3.

2. Which claim or claims of the '851 Patent has Plaintiff proved by a preponderance of the evidence that Defendants infringed?

List the number(s) of the infringed claim(s). 1, 3-6, 11-12, 14-16, 18-20, 22-26

3. Has Plaintiff proved by a preponderance of the evidence that the Defendants induced another to infringe one or more claims of the '851 Patent?

Answer Yes or No _____Yes_____

If your answer was "No,"do not answer question 4 but proceed to question 5.

4. Which claim or claims has Plaintiff proved by a preponderance of the evidence that Defendants induced another to infringe?

List the number(s) of the infringed claim(s). _1, 3 - 6, 11 - 12, 14 - 16, 18 - 20, 22 - 26_

5. Have Defendants proved by clear and convincing evidence that any of the asserted claims were invalid because of anticipation?

Answer Yes or No _____No_____

If your answer was "No," do not answer question 6 and proceed to question 7. If your answer was "Yes," answer question 6.

6. For any of the asserted claims that you found were anticipated, list the claim number and the prior art that anticipated that claim.

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

Claim number_____ Prior Art Reference[s]_____

7. Have Defendants proved by clear and convincing evidence that any of the asserted claims were invalid because of obviousness?

Answer Yes or No _____*No*_____

If your answer was "No," do not answer question 8 and proceed to question 9. If your answer was "Yes," answer question 8.

8. For any of the asserted claims that you found were obvious, list the claim number and the prior art combination that rendered the claim obvious.

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number_____   Prior Art References _____

Claim number _____ Prior Art References _____

Claim number _____ Prior Art References _____

Claim number _____ Prior Art References _____

Claim number _____ Prior Art References _____

9. Does the '851 Patent enable a person of ordinary skill in the art to make and use the claimed invention?

Answer Yes or No ____ Yes _____

Answer questions 10 and 11 only if you found that Defendants have infringed at least one valid claim.

10. What amount of damages (a reasonable royalty), if any, has Plaintiff proven by a preponderance of the evidence that it is owed for the infringement either directly by Defendants' wick trimmer or because Defendants induced another to infringe?

$ ___ 4,622 _____

What is the reasonable royalty rate you used to determine these damages?

Royalty rate: $ __1⁰⁰___ per Unit ~~distributed~~ not quarantined

11. Did Plaintiff prove by clear and convincing evidence that Defendants' infringement was willful?

Answer Yes or No ____ Yes _____

DATED this **20** day of September, 2012.

_____

FOREPERSON